**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard Douglas Clewett** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−7458** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18−22522−JAD**

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Douglas Clewett
aka R. Douglas Clewett, aka Douglas R Clewett

10/3/18                                                                   **By the court:**   Jeffery A. Deller
                                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318      **Order of Discharge**      page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard Douglas Clewett
    Debtor

Case No. 18-22522-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin    Page 1 of 1    Date Rcvd: Oct 03, 2018
    Form ID: 318    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
```
db            +Richard Douglas Clewett,   402 Bevington Road,   Pittsburgh, PA 15221-4530
cr            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14869563      +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
14869565      +United States Attorney's Office,   Western District of Pennsylvania,
                Joseph S. Weis, Jr. US Courthouse,   700 Grant Street,   Pittsburgh, PA 15219-1906
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QNLCARDIELLO.COM Oct 04 2018 06:13:00      Natalie Lutz Cardiello,   107 Huron Drive,
                Carnegie, PA 15106-1826
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:25:56      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
cr            +E-mail/Text: kburkley@bernsteinlaw.com Oct 04 2018 02:26:39      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14869559      +EDI: CHASE.COM Oct 04 2018 06:13:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14869560      +EDI: CITICORP.COM Oct 04 2018 06:13:00      Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
14869561       EDI: IRS.COM Oct 04 2018 06:13:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
14869562      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 04 2018 02:26:16      Keybank Na,
                4910 Tiedman Road,   Brooklyn, OH 44144-2338
14916732      +EDI: PRA.COM Oct 04 2018 06:13:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14869564      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 04 2018 02:26:22      Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
14869566      +E-mail/Text: ebn@vantagesourcing.com Oct 04 2018 02:26:25      Vantage Sourcing, LLC,
                4930 West State Highway 52, Suite 1,   Dothan, AL 36305-9102
                                                                                               TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
```
              Brian J. Bleasdale    on behalf of Debtor Richard Douglas Clewett bleasdb@yahoo.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Natalie Lutz Cardiello     ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```