**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard Douglas Clewett aka R. Douglas Clewett aka Douglas R Clewett<br>　　　　　　Debtor(s) | |
| Quicken Loans Inc.<br>　　　　　　Movant<br>　v.<br>Richard Douglas Clewett aka R. Douglas Clewett aka Douglas R Clewett<br>　　　　　　Respondent(s)<br>　　　　and<br>Natalie Lutz Cardiello Esq., Trustee<br>　　　　　　Additional Respondent | BK. NO. 18-22522 JAD<br><br>CHAPTER 7<br>Related to Docket # ___17___<br><br>**DEFAULT O/E JAD** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 16th day of October, 2018, at Pittsburgh, upon Motion of Quicken Loans Inc., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 402 Bevington Road, Pittsburgh, PA 15221 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　_/s/ (signature) sjk_
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller

FILED
10/16/18 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Richard Douglas Clewett aka R. Douglas Clewett aka Douglas R Clewett
402 Bevington Road
Pittsburgh, PA 15221

Brian J. Bleasdale, Esquire
Emerson Professional Building,
101 Emerson Avenue
Aspinwall, PA 15215
bleasdb@yahoo.com

Natalie Lutz Cardiello Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106
ncardiello@comcast.net

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard Douglas Clewett  
      Debtor

Case No. 18-22522-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: llea      Page 1 of 1      Date Rcvd: Oct 16, 2018  
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db            +Richard Douglas Clewett,    402 Bevington Road,    Pittsburgh, PA 15221-4530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:  
       Brian J. Bleasdale    on behalf of Debtor Richard Douglas Clewett bleasdb@yahoo.com  
       James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
       Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                       TOTAL: 6